UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-cv-80809-DMM

HOWARD COHAN,

    Plaintiff,

vs.

TRADER JOE'S EAST INC.
d/b/a TRADER JOE'S #771,

    Defendant.
_____/

## **JOINT NOTICE OF SETTLEMENT**

    Plaintiff, HOWARD COHAN, and Defendant, TRADER JOE'S EAST INC., d/b/a TRADER JOE'S #771 through undersigned counsel, hereby notifies the Court that the parties have entered into Settlement Agreement containing the terms and conditions of a full and final settlement of the instant action.

    The parties respectfully request a fifteen (30) day extension of time to finalize said the Settlement in this matter and within (5) days of settling this matter, the Plaintiff will file a Joint Stipulation of Dismissal with Prejudice as to all claims asserted in this action with the reservation that this Court shall retain jurisdiction to enforce the terms of the parties' Settlement Agreement.

    Respectfully submitted,

## CERTIFICATE OF SERVICE

I certify that on August 9, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notice of Electronic Filing generated by CM/ECF.

| | |
|---|---|
| **FEINSTEIN & SOROTA, P.A.** | **GORDON & REES SCULLY MANSUKHANI** |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| 7901 S.W. 6 Court | Southeast Financial Center |
| Suite 305 | 200 S. Biscayne Boulevard, Suite 4300 |
| Plantation, FL 33324 | Miami, FL  33131 |
| Tel: (954) 617-1500 | Tel: (305) 428-5300 |
| Fax: (954) 617-4100 | Fax: (877) 644-6209 |
| E-mail: fspa@fspalaw.com | E-mail: ethompson@gordonrees.com |
| | dgersten@gordonrees.com |
| By: /s/ Mark D. Feinstein | By:   /s/ Eric R. Thompson |
|      Mark D. Feinstein, Esq. |      Eric R. Thompson, Esq. |
|      Florida Bar No. 444170 |      Florida Bar No. 888931 |
| |      David M. Gersten, Esq. |
| |      Florida Bar No. 205801 |

**LAW OFFICES OF NEIL S. ODESSKY, P.A**.
*Counsel for Plaintiff*
7901 S.W. 6 Court
Suite 305
Plantation, FL 33324
Tel: (954) 617-1500
Fax: (954) 617-4100
E-mail: odesskylawpleadings.com

By:   /s/ Neil S. Odessky
      Neil S. Odessky, Esq.
      Florida Bar No. 354661